# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MILLS, on behalf of himself and all others similarly situated, )<br>)<br>) | |
| Plaintiff, ) | Judge Marvin E. Aspen |
| ) | Mag. Judge Michael T. Mason |
| v. ) | |
| ) | Case No. 15 C 6816 |
| BOWES IN HOME CARE, INC. )<br>) | |
| Defendant. ) | |

**STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christopher Mills, through his attorneys, and Defendant Bowes In Home Care, Inc., through its attorneys (collectively, the "Parties"), hereby stipulate to the dismissal of Plaintiff's Complaint and Defendant's Counterclaims, and all causes of action asserted therein, in their entirety, with prejudice, and without the assessment of costs or attorneys' fees against any party.

DATED: December 14, 2015

s/Maureen A. Salas

Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
Zachary C. Flowerree
Werman Salas P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

David Fish (dfish@fishlawfirm.com)
The Fish Law Firm, P.C.
200 E. 5th Avenue, Suite 123
Naperville, IL 60563
(630) 355-7590 Phone
(630) 778-0400 Facsimile

Respectfully Submitted,

s/Christopher Lyons (w/consent)

Christopher P. Lyons
Donald F. Peters, Jr.
Peters & Lyons, Ltd.
7035 Veterans Blvd.
Burr Ridge, IL 60513
(630)887-6900